Harlan S. Stone, Stone, Glosser & Stone, Pittsburgh, for appellant.

Kathryn L. Simpson, Grogan, Graffam, McGinley & Lucchino, P.C., Vincent J. Grogan, Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order of Superior Court reversed and case remanded to Court of Common Pleas of Fayette County to permit amendment of the complaint.

FLAHERTY and PAPADAKOS, JJ., dissent.

622 A.2d 284

Andrew P. FABIAN and Linda L. Fabian, his wife, Robert H. Loreski and Wanda K. Loreski, his wife, William Rosenwald and Shirley Rosenwald, his wife, Richard Hensal and Linda Hensal, his wife, Jeffrey Simcox and William R. Pepperman, Robert Patton and Dorothy Patton, his wife, Georgene C. Currin, George D. Johns and Dorothea Johns, his wife, Dennis Graw and Georgia Graw, his wife, Joseph J. Volker, Jr. and Renee Volker, his wife, Edward Wentz and Wanda Wentz, his wife, Linda Crawford, Jean Neal, James M. Vance and Mildred B. Vance, his wife, Jack R. Fye and Romana L. Fye, his wife, Paul M. Anderson and Jean A. Anderson, his wife, Rayburn Fairman and Ann Mae Fairman, his wife, Gustaf Anderson and Barbara E. Anderson, his wife, Charles K. Sullenberger and Susan Sullenberger, his wife, Bernard D. Miller and Helen Miller, his wife, James Ackley and Luann Ackley, his wife, James A. Miller and Dorothy M. Miller, his wife, Clarence C.

Curtis and Janet M. Curtis, his wife, Leroy Myers and Virginia Myers, his wife, Joseph N. Ciamacco and Mary Ann Ciamacco, his wife, Claude W. Nitch and Roselee K. Nitch, his wife, Doris Pajerski, Jack C. Welch and Carole D. Welch, his wife, James M. Hopkins and Irene C. Hopkins, his wife, Donald A. Kostrubanick and Mary Ann Kostrubanick, his wife, Appellants,

v.

## RECREATION LAND CORPORATION.

Supreme Court of Pennsylvania.

Argued March 10, 1993.

Decided April 1, 1993.

David M. Moran, Moran, Tamilia & Serzega, Carnegie, for appellants.

William R. Tighe, Edward A. Schenck, Pittsburgh, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.

PAPADAKOS, J., dissents and would reach the merits of the case.